EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK STREET, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**DALE MICHAEL BALDISSERI & VICTORIA LEIGH BALDISSERI**,<br><br>Debtor(s). | Case No. 11-33220 HLB<br><br>Chapter 13<br><br>NOTICE AND OPPORTUNITY FOR HEARING OF APPLICATION FOR JUDGMENT VOIDING LIEN OF CITIBANK, NA; CERTIFICATE OF SERVICE |

TO all other interested parties:

NOTICE AND OPPORTUNITY FOR HEARING IS HEREBY GIVEN in accordance with Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California that Debtors **DALE MICHAEL BALDISSERI & VICTORIA LEIGH BALDISSERI** will move for a Judgment Voiding Lien of CITIBANK NA.

**NOTICE IS HEREBY GIVEN**, pursuant to Local Rule 9014-1: Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 10 days of mailing the notice; Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing: The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case

.

**LAW OFFICE OF EDDY HSU**

Date: January 27, 2017

*/s/Eddy Hsu*____________________
Eddy Hsu
Attorney for Debtors



Case: 11-33220 Doc# 93 Filed: 01/27/17 Entered: 01/27/17 10:28:09 Page 1 of 2

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St., ste 350, San Mateo, CA 94403.

On today's date, I served the following documents:

1. APPLICATION FOR JUDGMENT VOIDING LIEN OF CITIBANK NA
2. NOTICE AND OPPORTUNITY FOR HEARING OF APPLICATION FOR JUDGMENT VOIDING LIEN OF CITIBANK NA; CERTIFICATE OF SERVICE

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California, addressed as follows:

by placing a true copy thereof in a sealed **CERTIFIED** envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California, addressed as follows:

Citibank NA
Attn: Michael Corbat, CEO
701 East 60th Street North
Sioux Falls, SD 57104

Citibank, NA
Attn: Barbara J Bell, Bankruptcy Specialist
PO Box 14609
Irving, TX 75014-0609

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2017 at San Mateo, California.

__*/s/ Eddy Hsu*________________________________
Eddy Hsu



Case: 11-33220 Doc# 93 Filed: 01/27/17 Entered: 01/27/17 10:28:09 Page 2 of 2